PD-0124-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/2/2015 12:00:00 AM
Accepted 2/4/2015 11:52:31 AM
ABEL ACOSTA
CLERK

## IN THE UNITED STATES COURT OF CRIMINAL APPEALS

**• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •**
5ᵀᴴ Court of Appeals Number 05-14-00025-CR
Trial Court: County Court at Law No 2. 002-80051-3031,

**• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •**

### MELLANNISE HENDERSON

### PETITIONER

### V.

### THE STATE OF TEXAS

Petitioner

*granted PC*
*2-9-2015*

# PETITIONER'S MOTION FOR EXTENSION OF TIME AND ALTERNATIVE MOTION TO FILE BRIEF OUT OF TIME

### Law Office of Mellannise Henderson-Love, P.L.L.C.

*/s/Mellannise Henderson-Love*

FILED IN
COURT OF CRIMINAL APPEALS

February 4, 2015

ABEL ACOSTA, CLERK

Page 1 of 3

**COMES NOW** Mellannise Henderson , Petitioner herein and files this *Motion for Extension of Time*, and *Alternative Motion to File Brief out of Time* and will show unto the Court the following:

On December 2, 2014, the Court of Appeals rendered a decision affirming the Trial Court's opinion. Petitioner's deadline to file her Petition for Discretionary Review was January 16, 2014. Petitioner is seeking a Motion *for Extension of Time*, and *Alternative Motion to File Brief out of Time*.

By way of background, Petitioner had an unexpected medical procedure in January that required her to take two weeks off from work. The two weeks off, required Petitioner to play catch up upon her return. Because of the time off from work, Petitioner is seeking additional time to file her brief- deeming the Petitioner's brief timely filed on January 31, 2015.

This Motion is timely filed within 15 days of the initial brief being due. Moreover, Respondent will not be harmed by the filing of this Motion; moreover, this Motion is not sought for delay but so that justice may be ultimately served.

## CONCLUSION:

Based on the forgoing argument, Petitioner is asking of this Court to GRANT the requested Motion, and any and all relief to which she may be legally entitled.

**Law Office of Mellannise Henderson-Love, PLLC**

*/s/Mellannise Henderson-Love*

Attorney for Petitioner

State Bar No. 0079674

Mlove@lovelawtx.com

3102 Maple Avenue, Suite 400

Dallas, Texas 75201

Tel: (214) 638-8777

Fax: (214) 291-5331

## CERTIFICATE OF SERVICE

The undersigned Counsel hereby certifies that on January 31, 2015, a true and correct copy of Petitioner's Motion was served via electronic mail on:

Collin County District Attorney Gregg Willis,
2100 Bloomdale, Suite 2400 Counsel for Respondent
McKinney Texas 75071.

*/s/Mellannise Henderson-Love*